## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLD REPUBLIC SURETY COMPANY, | CIVIL ACTION NO. 2:05-cv-01408-DWA |
| Plaintiff | |
| v. | |
| MARSICO, LP; MAM ELECTRICAL, INC.; LOUIS S. MARSICO; AND MARY ANN MARSICO, | |
| Defendants | |

### ORDER

Upon consideration of the Plaintiff's Motion to Compel Production of Documents (the "Motion") and any objections or responses thereto, all such objections or responses having been withdrawn or hereby overruled, it is therefore ORDERED that the Defendants shall produce to counsel for the Plaintiff all of the Unproduced Documents (as that term is defined in the Motion) within (7) seven business days after the date of this Order; ~~and it is FURTHER ORDERED that within five (5) days from the date of this Order, Defendants shall reimburse Old Republic for all attorneys' fees and costs it has incurred from and after the date of the Judgment ($25,560.03)~~, and it is FURTHER ORDERED that the Defendants and their counsel shall timely comply with all discovery requests or else timely object to same in accordance with the rules and procedures of this Court.

Date: 9/25/06

_D.W. Ambrose, U.S. District Court Judge_